**CITY OF KANSAS CITY, Missouri, Respondent,**

v.

**John BLANKENBAKER, Jr., Appellant.**

**No. WD 32922.**

Missouri Court of Appeals, Western District.

March 2, 1982.

Gregory O. Grounds, James G. Lindquist, Kansas City, for appellant.

Aaron A. Wilson, City Atty., Jack H. Schrimsher, City Prosecutor, Edward B. Rucker, Asst. City Prosecutor, Kansas City, for respondent.

Before CLARK, P. J., and MANFORD and KENNEDY, JJ.

PER CURIAM.

### ORDER

Direct appeal from judgment of conviction for stealing in violation of city ordinance and 90-day sentence.

Affirmed. Rule 84.16(b).